# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| BRYAN C. BENNETT, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
|  | ) | Case No. CIV-17-859-M |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| STATE OF OKLAHOMA, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

On October 5, 2017, Magistrate Charles B. Goodwin issued a Report and Recommendation in this matter brought by Plaintiff Bryan C. Bennett, appearing pro se, who filed this 42 U.S.C. § 1983 action.. The Magistrate Judge recommended that this action be dismissed without prejudice for Plaintiff's failure to comply with the Court's orders and applicable rules.

The Magistrate Judge advised the Plaintiff of his right to file an objection to the Report and Recommendation and his failure to timely do so waives his right to appellate review of both factual and legal issues. As of this date, no objection has been filed.

Accordingly upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation [Docket no. 7] issued by the Magistrate Judge on October 5, 2017; and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 9th day of November 2017.**

*Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE